FILED
JAN 31 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DARLEEN RUBIN, Plaintiff, -v- NATIONAL INSTITUTES OF HEALTH, Defendant. | 07-78 C |

## COMPLAINT

Plaintiff Darleen Rubin ("Rubin"), as and for her complaint alleges on knowledge as to herself, and otherwise on information and belief, as follows:

### NATURE OF ACTION

1. This is an action for infringement of Rubin's registered copyrights in violation of the Copyright Act of 1976, 17 U.S.C. §101, and breach of an implied contract. This action arises from the defendant's unauthorized use of Rubin's copyrighted material in violation of Rubin's copyrights and in breach of an implied agreement between the parties not to make such unauthorized use.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to the Copyright Act 17 U.S.C. § 501, the Tucker Act (breach of implied contract) and 28 U.S.C. § 1491(a)(1).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1498(b) because Rubin's registered copyright has been infringed by the United States (specifically, by an agency thereof).

## THE PARTIES

4. Plaintiff Rubin is a commercial photographer residing at 159 Christopher Street, New York, New York 10014.

5. Defendant National Institutes of Health ("NIH") is an agency of the United States Federal Government, with a place of business at 9000 Rockville Pike, Bethesda, Maryland 20892. NIH's National Institute on Aging is located at NIH Building 31/Room 2B50, 31 Center Drive, MSC 2111, Bethesda, MD 20892.

## THE FACTS

**Rubin's Background**

6. Rubin has been a professional photographer for 38 years, and is extremely respected in the industry, particularly for her images of celebrities and well-known public figures. She began her career as a photo editor at *The Villager* newspaper, and went on to staff photographer, photo editor, and freelance photographer positions with such illustrious organizations as *Women's Wear Daily*, the *New York Post*, the Rhode Island School of Design ("RISD"), and the National Academy of Television Arts and Sciences ("NATAS"). At RISD and NATAS, Rubin honed her skills as an awards and special event photographer.

7. Rubin's photographs have been exhibited around the country at prestigious venues such as the South Street Seaport Museum, International Center of Photography, and Photo District Gallery. Many of her photographs – such as those of Jacqueline Kennedy Onassis, Oprah Winfrey, Martha Stewart, Henry Kissinger, Elizabeth Taylor, Liza Minnelli, Martha Graham, Sophia Loren, and Mother Theresa – have also been prominently published in books and magazines.

**Rubin's Creation of the Photograph**

8. On August 25, 1998, Rubin attended the NATAS Community Service Awards and Public Service Announcement Emmy Awards as a freelance photographer (hired specifically for the event by the NATAS).

9. At the event, Rubin took photographs of the award recipients, including one of Jane Shure ("Shure"), Information Officer for NIH's National Institute of Aging, receiving an Emmy award on behalf of NIH, with Roger Vilsack ("Vilsack"), the producer of the film for which NIH was honored (the "Shure Photograph").

10. It was Rubin's practice to hand out her business card to individuals she had photographed at events like the NATAS Community Service Awards, so that they might later purchase the photographs in which they appeared for the limited purpose of private use and not to be displayed to the public, unless expressly agreed to by Rubin. Rubin gave a business card to Shure.

**Rubin's Contract with NIH for the Authorized Display of Rubin's Photograph by NIH**

11. After the NATAS event, Shure contacted Rubin to purchase a print of the Shure Photograph. In response to this request, on September 2, 1998, Rubin sent eight prints as well as an invoice (in the form of a letter) to Martin Abrams ("Abrams"), Program Analyst at the NIH's National Institute of Aging, as Shure had directed. In her invoice, Rubin expressly confirmed her understanding of Shure's request that the prints would be only for NIH's "personal album use." A copy of this invoice is attached hereto as Exhibit 1. Rubin charged NIH $136 for the eight 5" x 7" photographic prints. Each photograph Rubin sent to NIH stated on its reverse side:

> Photographs are Copyright 1998 Darleen Rubin. All Rights Reserved. Reproduction by permission only and compensation to Darleen Rubin. Credit Darleen Rubin alongside photo or Triple Rate Will Apply.

Rubin habitually labeled the reverse side of her photographs with a set of three labels containing these copyright notices and prohibitions ("Copyright Notices"). An example of a photograph bearing the Copyright Notices that Rubin included on the reverse side of her photographs is attached hereto as Exhibit 2.

12. At the same time as she mailed the prints and the letter invoice to Abrams, Rubin also faxed a separate invoice to Abrams at NIH. Shure had instructed Rubin to send this additional fax invoice, in order to expedite NIH's payment to Rubin. This invoice indicated again that the photographs were for "personal album use" as well as for "One-Time only use in [NIH's] forthcoming Newsletter as agreed." The invoice also contained an explicit copyright notice, indicating that the photographs were copyrighted by Darleen Rubin in 1998, and that:

> Th[ese] photograph[s are] the property of the photographer and may not be published, copied, displayed, televised, or reused in any form without permission. . . . License is granted for one time use only in one edition of publication except when other rights are specifically described in the invoice.

("Use Restrictions") A copy of this invoice is attached hereto as Exhibit 3. The Copyright Notices and the Use Restrictions are collectively referred to as "Copyright Warnings."

13. In September, 1998, Shure contacted Rubin again by telephone, and asked for Rubin's permission for the NIH to use the Shure Photograph in the *online* edition of NIH's newsletter. Rubin agreed to allow *one year's worth of use*, gratis, ending in August of 1999.

**Rubin's Copyright**

14. Rubin's copyright to the Shure Photograph at issue in this action, effectively registered on February 1, 2006, is as follows:

| Title | Created | Registration |
|---|---|---|
| "Jane Shure, NIA Public Information Officer Director, and Roger Vilsack of Vilsack Productions are holding the N.A.T.A.S. Emmy Award for the 1997 Public Service Announcement for 'Looking for the Fountain of Youth?'" | August 25, 1998 | VA 1-364-439 |

Rubin has obtained from the Register of Copyrights, a Certificate of Registration for the Copyrighted Work. This work is referred to herein as the "Copyrighted Work," and a copy of the registration is attached hereto as Exhibit 4.

15. Rubin's Copyrighted Work contains material wholly original with Rubin that is copyrightable subject matter under the laws of the United States. Rubin expended time, energy, and money to create the Copyrighted Work.

16. Although not required by the Copyright Act as a condition for the enforcement of copyrights, Rubin habitually issues Copyright Warnings on all her photographs, and she did so with the Copyrighted Work, as shown in Exhibits 2 and 3.

17. Rubin is currently, and at all relevant times has been, the sole proprietor of all right, title, and interest in and to the copyright in the Copyrighted Work, including all statutory rights available under the Copyright Act.

**NIH's Wrongful Conduct**

18. At the time that NIH contracted for the use of Rubin's Copyrighted Work, it received written materials containing the Copyright Warnings. Subsequently, NIH received additional authorization from Rubin to display the Copyrighted Work on its website for a period of one year only.

19. Notwithstanding its awareness of the Copyright Warnings and the limited terms of the use of Rubin's photograph for which it had paid, NIH continued to display the Copyrighted Work on its website for more than six years after authorization for such display expired. The value of one year's worth of online use of one of Rubin's photographs is approximately $1,000.

20. In late 2005, Rubin searched the name "Darleen Rubin" using Yahoo's Internet search engine. One of the "hits" was a direct link to NIH's website (http://www.nih.gov/news/NIH-Record/9_22_98/ awardees.htm) displaying the 1998 NIH *Record* newsletter with her Copyrighted Work. On October 4, 2005, Rubin contacted NIH's Deputy Legal Advisor, requesting compensation for the approximately six years' worth of unauthorized use of her Copyrighted Work since the expiration of the authorization in August, 1999. NIH thereupon removed the Copyrighted Work from its website.

21. Although NIH removed the Copyrighted Work from its website, it did not compensate Rubin for the unauthorized use that it made of her work. Accordingly, Rubin sent an invoice to NIH, demanding appropriate compensation. NIH responded by email, declining to compensate Rubin for the unauthorized use of the Copyrighted Work.

**COUNT I**
(Copyright Infringement Under 17 U.S.C. § 501)

22. NIH repeats and realleges the allegations contained in paragraphs 1 through 21 as if fully set forth herein.

23. NIH has displayed Rubin's Copyrighted Work without authorization from Rubin.

24. At the time that NIH commenced its unauthorized display of the Copyrighted Work, it knew that the photograph was protected by copyright.

25. At the time that NIH commenced its unauthorized display of the Copyrighted Work, it knew that the photograph had been provided to it with the Copyright Warnings.

26. The unauthorized display by NIH of the Copyrighted Work was committed knowingly and willfully with the intent to deprive Rubin of the revenues that she

would have otherwise earned from the annual licensing of the use of Copyrighted Work to NIH, and with the intent to wrongfully benefit from the labor and intellectual capital that Rubin invested in the creation of the Copyrighted Work.

27. As a direct and proximate result of the foregoing Rubin has been damaged and NIH has been unjustly enriched.

**COUNT II**
(Tucker Act/Breach of Implied Contract)

28. Rubin incorporates by reference and alleges as if fully set forth herein the allegation of Paragraphs 1-27 above.

29. With each communication regarding the use of the Copyrighted Work – the letter invoice (Paragraph 11), the fax invoice (Paragraph 12), and the oral meeting of the minds (Paragraph 13) – Rubin and NIH created an implied contract. This contract between Rubin and NIH is valid and binding.

30. Rubin has exhausted all administrative remedies made available to her by the United States.

31. By failing to compensate Ms. Rubin for the years of web display of the Copyrighted Work beyond the one year Ms. Rubin had authorized, the United States breached the implied contract.

32. As a consequence of such breach, Rubin has been injured.

**WHEREFORE**, Rubin prays for judgment as follows:

(1) that the Court find that NIH has infringed Rubin's rights in the Copyrighted Work, and that such infringement has been committed willfully;

(2) that NIH be required to pay to Rubin damages in a sum to be determined at trial, and to account for all gains, profits and advantages derived by NIH from the infringement of Rubin's copyrights in the Copyrighted Work;

(3) that NIH be required to pay to Rubin the amounts that Rubin would have received had NIH complied with the implied agreement; and

(3) that Rubin have such other and further relief as the Court deems just and equitable, including attorneys fees and costs as provided by the Equal Access to Justice Act, 28 USC § 2412.

Dated: January 31, 2007
Washington, D.C.

Respectfully submitted,

Robert P. Reznick
*Attorney of Record*

Mira V. Edelman
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 721-4740
Fax (202) 721-4646
Counsel for Plaintiff Darleen Rubin

*Of Counsel*
Julius Rabinowitz
Megan E. Canter
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the original as well as seven true and correct copies of the foregoing was filed by hand this 31st day of January, 2007 with the Clerk for the United States Court of Federal Claims, 717 Madison Place, NW, Room 103, Washington, D.C. 20005, for the purpose of service upon the NIH.

By: Robert P. Reznick

(printed) Robert P. Reznick

DARLEEN RUBIN
PHOTOGRAPHER

159 CHRISTOPHER STREET
NEW YORK, N. Y. 10014

212 243-6973

September 2, 1998

Martin Abrams
Program Analyst
The National Institute of Aging
9000 Rockville Pike
Building 31, Room 5C27
Bethesda, MD 20892

Re: #25/98 A

Expenses for Color Photographic Enlargements printed as requested and as described on Delivery Memo from Photography on August 25, 1998 on location at The New York Marriott Marquis at The National Academy of Television Arts & Sciences' 1997 Community Service Awards and the National Public Service Announcements at which The National Institute on Aging received an Award and an Emmy for "Looking For The Fountain of Youth?". Photograph may be used for your forthcoming Newsletter. Please credit Photographer alongside photograph as follows: Darleen Rubin/N.A.T.A.S. Photographs also for personal album use.

| | |
|---|---|
| 8 5"x7" Color Photographic Enlargements @ $17.00 each: | $136.00 |
| Sent via FedEx this date as requested: | ------- |
| Total: | $136.00 |

Thank you

My Social Security #: 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

Darleen Rubin



© 1998 Darleen Rubin
159 Christopher Street
New York, NY 10014
(212) 243-6973

Credit Darleen Rubin
alongside photo or
Triple Rate Will Apply

REPRODUCTION AND ANY USE OF
THIS PHOTO BY PERMISSION
ONLY & COMPENSATION TO
DARLEEN RUBIN 212-243-6973

# DARLEEN RUBIN

PHOTOGRAPHER
159 CHRISTOPHER STREET
NEW YORK, NEW YORK 10014
PHONE / FAX : (212) 243 - 6973


**DELIVERY MEMO TO:**

Martin Abrams

Program Analyst

National Institute on Aging
9000 Rockville Pike Bldg.31 Room 5C27

Bethesda, MD 20892

301-496-1752
FAX # 301-496-1072

**DATE:** September 2, 1998

**JOB #:** 25/98 A

**CLIENT:** National Institute on A ging

**SUBJECT:** The N.A.T.A.S. 1997 C.S.A & National Public Service Announcement Awards

From Roll #4 Frames #1 - 8 and Roll #3 Frames #29 - 37, and #14A, 16A & 17A, the following:

2 5"x7" Color Photographic Enlargements of #3-36 of Jane Shure and Roger Vilsak and

2 5"x7" Color Photographic Enlargements of #4-4 and #4-5 of Jane Shure and

2 5"x7" Color Photographic Enlargements of #4-2 of Roger Vilsak - all printed as requested from Photography on August 25, 1998 on location at The New York Marriott Marquis at The National Academy of Television Arts & Sciences' 1997 C.S.A. & National Public Service Announcement Emmy Awards at which the National Institute on Aging received an Emmy for "Looking For The Fountain of Youth?"

Photographs are for personal album use and for One-Time only use in your forthcoming Newsletter as agreed. Photographs are Copyright 1998 N.A.T.A.S./Darleen Rubin. Reproduction by permission only.

Please credit Photographer alongside photograph and please provide one copy of Newsletter upon publication. Thank you.

Sent FedEx as requested this date. Invoiced by FAX as requested.

TOTAL B/W none TOTAL COLOR 6 Darleen Rubin

**TERMS OF DELIVERY / COPYRIGHT NOTICE / CONDITIONS OF SALE:**

**TERMS AND COPYRIGHT NOTICE/CONDITIONS OF SALE**

This photograph is the property of the photographer and may not be published, copied, displayed, televised, or reused in any form with out permission. Use of photo in collage or for art reference is forbidden. License is granted for one time use only in one edition of publication except when other rights are specifically described in the invoice. Conditions of sale include publication of credit notice on page with photo. Triple rate will apply if credit omitted. Proof of credit and confirmation of rates must be furnished upon request. Service charge made when solicited pictures are all returned unused. Holding fees charged after 10 days. All prints are the property of the photographer and must be returned. Charges made on unreturned prints. Payment is due upon receipt of invoice. 2% per month service charge on all unpaid invoices.

9/11/98

PHOTOS COPYRIGHT 1995/1996 BY DARLEEN RUBIN
159 CHRISTOPHER STREET NYC 10014/212-243-6973

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-364-439

EFFECTIVE DATE OF REGISTRATION

02 01 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ Jane Shure, NIA Public Information Officer Director, and Roger Vilsack of Vilsack Productions are holding the N.A.T.A.S. Emmy Award for the 1997 Public Service Announcement for "Looking for the Fountain of Youth?"

NATURE OF THIS WORK ▼ See instructions
PHOTOGRAPH

Previous or Alternative Titles ▼ Jane Shure, NIA information officer, and Roger Vilsack of Vilsack Productions hold Emmy for the NIA public announcement

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼ Looking for the Fountain of Youth?

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼
National Institute of Health Record
http://www.nih.gov/news/NIH-Record/09_22_98/awardees.htm One

**2**

NAME OF AUTHOR ▼
a Darleen Rubin

DATES OF BIRTH AND DEATH
Year Born ▼ 1943 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of United States
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 1998 ◄ Year This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month September Day 22, Year 1998
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Darleen Rubin
159 Christopher Street Apt. #3
New York, NY 10014

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
FEB 01 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FEB 01 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

| | | |
|---|---|---|
| EXAMINED BY [illegible] | | FORM VA |
| CHECKED BY [illegible] | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Darleen Rubin, 159 Christopher Street Apt. #3, New York, NY 10014

**b**

Area code and daytime telephone number 212) 243-6973 Fax number ( )

Email Drrphotog@aol.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☒ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of _______ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Darleen Rubin Date January 21, 2006

Handwritten signature (X) ▼

X Darleen Rubin

**9**

| Certificate will be mailed in window envelope to this address: | |
|---|---|
| | Name ▼ Darleen Rubin |
| | Number/Street/Apt ▼ 159 Christopher Street Apt. #3 |
| | City/State/ZIP ▼ New York, NY 10014 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2003-496-605/60,028