**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| DARLEEN RUBIN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>Defendant. | No. 07-78C<br>Judge Nancy B. Firestone |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Susan L. C. Mitchell as attorney of record for the United States. Service of all papers should be addressed as follows:

Susan L. C. Mitchell
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Susan L. C. Mitchell

SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 616-8116
Facsimile: (202) 307-0345

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director

Dated: March 30, 2007