# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DARLEEN RUBIN,** *

Plaintiff, *

v. * No. 07-78C

**THE UNITED STATES,** * (Filed June 5, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

______Pursuant to ¶5 of the Second Amended General Order No. 40 – Notice of ADR Pilot Program and ADR Pilot Procedures (Mar. 17, 2004),

**IT IS ORDERED**, as follows:

This case is not appropriate for the Early Neutral Evaluation phase of ADR at this time. The parties shall contact the undersigned's Judicial Assistant at 202/357-6620 to schedule a telephone conference call after a period of six months or when one half of the discovery period has elapsed, whichever is earlier.

s/ Christine O.C. Miller
___________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Firestone