# In the United States Court of Federal Claims

**No. 07-78C**
**(Filed: June 12, 2007)**

* * * * * * * * * * * * * * * * * *

**DARLEEN RUBIN,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

The Joint Preliminary Status Conference is **SCHEDULED** for **Monday, June 25, 2007 at 11:00 a.m eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 721-4740; counsel for defendant at (202) 616-8116. In addition, of counsel for plaintiff, Megan Canter and Julius Rabinowitz shall participate in the conference call and will be contacted at (212) 837-6524. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge