# In the United States Court of Federal Claims

**No. 07-78C**
**(Filed: June 28, 2007)**

* * * * * * * * * * * * * * * * *
DARLEEN RUBIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * *

## ORDER

Based on the status conference held on June 25, 2007 the court **ORDERS** as follows:

(1) The discovery schedule, as proposed by the parties, shall be:

| | |
|---|---|
| Initial disclosures | June 15, 2007 |
| Close of factual discovery | September 28, 2007 |
| Disclosure of experts | October 6, 2007 |
| Disclosure of expert reports | December 7, 2007 |
| Disclosure of expert reports/rebuttal | January 25, 2008 |
| Expert witness depositions | February 22, 2008 |
| Motions for summary judgment | March 21, 2008 |

(2) The parties shall file a joint status report by **July 25, 2007** regarding the status of settlement discussions.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge