**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

DARLEEN RUBIN,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 07-78C
Judge Nancy B. Firestone

STIPULATION FOR ENTRY OF JUDGMENT

For the purpose of settling and compromising the above-identified action, plaintiff and defendant stipulate to the following:

1. Plaintiff, Darleen Rubin, is the exclusive owner of all right, title, and interest, in any copyrighted work incorporated in the photographs as described in the September 2, 1998 invoice from Darleen Rubin to Martin Abrams of the National Institutes of Health, attached as Exhibits 3 to the Complaint in the above-referenced action [hereinafter "Photographs"]. Plaintiff brought this action to recover reasonable and entire compensation for infringement of her copyright in and relating to her Photographs described in the Complaint, and to recover for breach of an implied contract.

2. Plaintiff has submitted a written offer to defendant to settle this action by:

(a) fully releasing the United States from any and all claims relating to the reproduction, publication, distribution, adaptation, display, and/or use by or for the defendant of the Photographs or any other works covered by any copyrights owned by Plaintiff relating to the Photographs, including, but not limited to, Registration No. VA 1-364-439 for a photograph entitled "Jane Shure, NIA Public Information Officer Director, and Roger Vilsack of Vilsack Productions are holding the N.A.T.A.S. Emmy Award for the 1997 Public Service Announcement for 'Looking for the Fountain of Youth?'" attached as Exhibit 4 to the Complaint, up to and including the date of the entry of judgment; and further, fully releasing the United States from all claims which were, or could have been, asserted in Court of Federal Claims Action No. 07-78C relating to the Photographs used by or for the United States, up to and including the date of entry of judgment; and

3. Defendant has duly agreed to accept this offer.

4. In consideration for this Stipulation for Entry of Judgment, and the release, plaintiff and defendant have agreed to allow final judgment in this action to be entered in favor of plaintiff and against defendant for the total lump sum of Twenty-Seven Hundred Dollars ($2,700.00).

5. In accordance with the terms of the offer and acceptance and to secure the performance thereof, defendant, by its authorized representative of the Attorney General, and plaintiff, by her attorney, hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a

final judgment to be entered against defendant in accordance with the terms set forth in paragraphs 2 and 4 above.

6. The parties agree to bear their own costs and attorney fees.

7. In the event that the Court declines to enter judgment in accordance with this stipulation, in whole or in part, this stipulation shall be void.

Respectfully submitted,

Date: July 13, 2007

s/ Robert P. Reznick*
ROBERT P. REZNICK
Hughes Hubbard & Reed, LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone: (202) 721-4740
Facsimile: (202) 721-4646
E-mail: reznick@hugheshubbard.com

Attorney for Plaintiff

Date: July 18, 2007

s/ Darleen Rubin*
DARLEEN RUBIN
Plaintiff

PETER D. KEISLER
Assistant Attorney General

Date: July 24, 2007

s/ John Fargo
JOHN FARGO
Director
(Authorized Representative
of the Attorney General)

Date: July 24, 2007

s/ Susan L. C. Mitchell
SUSAN L. C. MITCHELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-8116
Facsimile: (202) 307-0345
E-mail: susan.mitchell@usdoj.gov

* By express written permission.