# In the United States Court of Federal Claims

**No. 07-78C**
**(Filed: July 26, 2007)**

* * * * * * * * * * * * * * * * *

**DARLEEN RUBIN,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER FOR ENTRY OF JUDGMENT**

Pursuant to the Stipulation for Entry of Judgment, filed by the parties on July 24, 2007, the Clerk of the Court is directed to enter judgment for the plaintiff in the amount of Twenty-Seven Hundred Dollars ($2,700.00). Each party to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge