# In the United States Court of Federal Claims

**No. 07-78 C**

**DARLEEN RUBIN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Stipulation for Entry of Judgment, filed July 24, 2007 and the court's July 26, 2007 Order for Entry of Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $2,700.00. Each party shall bear its own costs and attorney fees.

Brian Bishop
Clerk of Court

**July 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.