United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 5, 2007

Robert Philip Reznick, Esq.
Hughes, Hubbard & Reed
1775 Eye Street, NW, Suite 600
Washington, DC 20006-2401

In re: Darleen Rubin v. United States, No. 07-78 C

Dear Mr. Reznick:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 27, 2007, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes
Chief Deputy Clerk of Operations

Enclosures

cc: Susan L.C. Mitchell, Esq., Dept. Of Justice